UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA L. WALWORTH,

    Plaintiff,

v.                                   Case No.:    2:05-CV-00689-JPS

HOOTERS OF AMERICA, INC.,

    Defendant.

## CONSENT ORDER

COMES NOW counsel for Plaintiff and Defendant Hooters of America, Inc., and hereby agree and stipulate that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including ten (10) days after entry of the Court's ruling on Plaintiff's Rule 7.4 Expedited Non-Dispositive Motion to Stay Proceedings Pending Arbitration..

SO ORDERED this the 2nd day of August, 2005.

                                          BY THE COURT:

                                          s/J.P. Stadtmueller
                                          J.P. STADTMUELLER